**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| WILLIAM COPPOLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CV-98 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner William Coppola, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On July 29, 2025, the magistrate judge recommended granting Respondent's Motion to Dismiss with respect to the claim concerning an affidavit in the state habeas proceedings and denying the Motion with respect to claims concerning mandatory supervision and good time credits. Petitioner filed a Response indicating that he does not object to the Report and Recommendation. Respondent did not file objections to the Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#21) is **ADOPTED**. Respondent's Motion to Dismiss (#14) is **GRANTED** with respect to the claim concerning an affidavit in the state habeas proceedings and **DENIED** with respect to claims concerning mandatory supervision and good time credits. Petitioner's Motion to Transfer Petition to Fifth Circuit (#17) is **DENIED**. Respondent shall file an answer addressing Petitioner's claims concerning mandatory supervision and good time credits within thirty days of the date of this Order.

SIGNED at Beaumont, Texas, this 25th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2